Juliette P. White, USB No. 9616 (*pro hac vice* pending)
Dana M. Herberholz, ISB No. 7440
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email:  jwhite@parsonsbehle.com
Email:  dherberholz@parsonsbehle.com

Attorneys for Plaintiff
James Castle Collection and Archive, LP

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JAMES CASTLE COLLECTION AND ARCHIVE, LP,<br><br>                    Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.; and ALLEN SAY, an individual,<br><br>                    Defendants. | Case No. 1:17-cv-437<br><br>**CORPORATE DISCLOSURE STATEMENT FOR JAMES CASTLE COLLECTION AND ARCHIVE, LP**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff James Castle Collection and Archive, LP, by and through its counsel of record, pursuant to Fed. R. Civ. P. 7.1, hereby states that it has no parent corporation and further states that no publicly held corporation owns 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT FOR JAMES CASTLE COLLECTION AND ARCHIVE, LP - 1

DATED THIS 19th day of October, 2017.

                                    PARSONS BEHLE & LATIMER


                                    By */s/ Dana M. Herberholz*
                                         Dana M. Herberholz
                                    Attorneys for Plaintiff
                                    James Castle Collection and Archive, LP

CORPORATE DISCLOSURE STATEMENT FOR JAMES CASTLE COLLECTION AND ARCHIVE, LP - 2