<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 10/30/2017
Judge B. Lynn Winmill                Deputy Clerk: Jamie Bracke
Case No. 1:17-cv-437                 Reporter: Tammy Hohenleitner
Place: Telephonic from Boise         Time: 10:09 - 11:07 a.m.

<u>James Castle Collection and Archive, LP v. Scholastic, Inc., et al</u>

Counsel for Plaintiff: Juliette White, William Evans, and Dana Herberholz

Counsel for Defendant: Jeremy Goldman and Walt Sinclair

Telephonic hearing held regarding Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 7).

The Court heard oral argument. A Memorandum Decision and Order was entered denying the Motion for TRO (see dkt. 18).