William J. Evans, USB No. 5276 (*pro hac vice*)
Juliette P. White, USB No. 9616 (*pro hac vice*)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:  (801) 532-1234
Facsimile:  (801) 536-6111
Email: jwhite@parsonsbehle.com
       bevans@parsonsbehle.com

Dana M. Herberholz, ISB No. 7440
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: dherberholz@parsonsbehle.com

Attorneys for Plaintiff
James Castle Collection and Archive, LP

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| JAMES CASTLE COLLECTION AND ARCHIVE, LP,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.; and ALLEN SAY, an individual,<br><br>　　　　　　　　Defendants. | Case No. 1:17-cv-00437-BLW<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff James Castle Collection and Archive and Defendants Scholastic, Inc. and Allen Say, pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses, and

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1

attorneys' fees.  Good cause supports granting this motion because the parties have agreed to settle their disputes.

DATED THIS 27th day of June, 2018.

PARSONS BEHLE & LATIMER

By */s/ Dana M. Herberholz*
Dana M. Herberholz
Attorneys for Plaintiff
James Castle Collection and Archive, LP

DATED THIS 27th day of June, 2018.

FRANKFURT KURNIT KLEIN & SELZ PC

By */s/ Jeremy S. Goldman*
Jeremy S. Goldman
Attorneys for Defendants
Scholastic, Inc. and Allen Say

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 27th day of June, 2018, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      J. Walter Sinclair, Attorneys for Scholastic, Inc.
jwsinclair@hollandhart.com

      Alexandra S. Grande, Attorneys for Scholastic, Inc.
asgrande@hollandhart.com

      Jeremy S. Goldman, Attorneys for Scholastic, Inc.
jgoldman@fkks.com

      Azita Iskandar, Attorneys for Scholastic, Inc.
asgrande@hollandhart.com

*/s/ Dana M. Herberholz*
Dana M. Herberholz

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 3